UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FRANCIS GRADY,

        Petitioner,

v.                                       Case No. 15-C-330

UNITED STATES OF AMERICA,

        Respondent.

---

**ORDER**

---

      Francis Grady, who is currently serving a federal sentence for arson of an abortion clinic, has filed a third motion to alter or amend a judgment. The motion raises essentially the same arguments that have already been addressed by the Court. Accordingly, the motion is denied.

      **SO ORDERED** this   24th   day of June, 2015.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court