UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FRANCIS GRADY,

                    Petitioner,

        v.                                                    Case No. 15-C-330

UNITED STATES OF AMERICA,

                    Respondent.

## ORDER OF DISMISSAL

Pursuant to the directive of the court of appeals, this action is hereby dismissed.

**SO ORDERED** this 11th day of May, 2016.

                                        /s William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court